**Opinion issued September 19, 2024**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-24-00700-CV

————————————

### IN RE DAVID MICHAEL LANCE COOKE, Relator

---

### Original Proceeding on Petition for Writ of Mandamus

---

### MEMORANDUM OPINION

Relator David Michael Lance Cooke filed a petition for writ of mandamus asserting the trial court abused its discretion by granting a motion for new trial and setting aside a settlement in the underlying divorce proceeding, without specifying

a reason.[1]  Relator also filed a motion for temporary relief, requesting a stay of all proceedings in the trial court.

We deny the petition for writ of mandamus and motion for temporary relief. TEX. R. APP. P. 52.8(a).  Any other pending motions are dismissed as moot.

**PER CURIAM**

Panel consists of Justices Kelly, Landau, and Rivas-Molloy.

---

[1] The underlying case is *In the Matter of the Marriage of Damyanna Cooke and David Michael Lance Cooke*, Cause No. 2022-81704, pending in the 507th District Court of Harris County, Texas, the Honorable Julia Maldonado presiding.